IN THE UNITED STATES DISTRICT COURT
FOR THE WEATERN DISTRICT OF TEXAS



| | |
|---|---|
| ███████████ <br><br> Plaintiff, <br><br> v. <br><br> ███████████ <br><br> Defendant. | Case No. 1:25-cv-01815 <br><br> **FILED UNDER SEAL PURSUANT TO THE WESTERN DISTRICT OF TEXAS LOCAL CIVIL RULE 26.2** <br><br> **COMPLAINT** |

**COMPLAINT**

**FILED UNDER SEAL PURSUANT TO THE WESTERN DISTRICT
OF TEXAS LOCAL CIVIL RULE 26.2**

Plaintiff ███████ ("Plaintiff") hereby brings the present action against Defendant ████████████████████████████████ ("Defendant") and alleges as follow:

## I.  INTRODUCTION

1. Plaintiff brings this action against the Defendant for the alleged infringement of Plaintiff's intellectual property rights. These claims arise from Defendant's infringement of Plaintiff's registered design patent (hereinafter, the "Asserted Patent"). Defendant has established an e-commerce store on online platforms, such as ████████, and operates this store using one or more Aliases. Defendant is engaged in the manufacture, marketing, distribution, use, offering for sale, sale, and/or importation into the United States of certain unauthorized and unlicensed products, specifically the ████████████████, which is nearly identical to Plaintiff's

1

patented design. Plaintiff alleges that Defendant's actions constitute infringement of Plaintiff's Asserted Patents.

## II.   THE PARTIES

2.   Plaintiff is ▮▮▮▮▮▮▮▮▮▮ and is the lawful owner of Design Patent ▮▮▮▮▮▮▮▮, entitled "▮▮▮▮▮" (hereinafter, the "▮▮▮▮▮" or "Asserted Patent"). A true and accurate copy of the issued Asserted Patent is attached as Exhibit 1.

3.   Defendant is ▮▮▮▮▮▮▮ engaged in the sale of ▮▮▮▮▮▮ and operates the e-commerce store named "▮▮▮▮▮▮▮▮▮▮" on various online shopping platforms including ▮▮▮▮. Defendant's store name and URL is attached hereto as Exhibit 2.

4.   The true name, identity, and address of Defendant are currently unknown and unverifiable due to the nature of Defendant's online operations. Defendant employs aliases unrelated to their true identity to conceal their identity and the full scope of their activities. Plaintiff respectfully requests that the Court permit further discovery so Plaintiff may identify Defendant's true identity. Upon obtaining such information, Plaintiff will amend this Complaint accordingly.

5.   Defendant conducts its illegal operations through a fully interactive commercial website hosted on ▮▮▮▮▮▮ (hereinafter, the "Infringing Website"). Defendant targets consumers in the United States, including the State of Texas, and has offered for sale, and upon information and belief, has sold and continues to sell counterfeit and/or infringing products ("Counterfeit Products") that violate Plaintiff's intellectual property rights to consumers within the United States, including within the State of Texas. Defendant has the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

6.   Through the operation of its Infringing Website, Defendant directly contributes

2

to, induces, and engages in the sale of Counterfeit Products as alleged herein.

### III.    NATURE OF THE ACTION

7.     This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

### IV.    JURISDICTION AND VENUE

8.     This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the 28 U.S.C. §§1331 and 1338(a).

9.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(a) because the Defendant is subject to personal jurisdiction in this District, and this Court may properly exercise jurisdiction over Defendant. Defendant has purposefully directed business activities toward consumers in the United States, including the State of Texas, through a fully interactive e-commerce store operating on platforms such as ▇▇▇▇▇▇. Specifically, Defendant has targeted sales to Texas residents by offering for sale and selling products that incorporate Plaintiff's patented design. Defendant offers shipping to Texas, accepts payment in U.S. dollars, and, on information and belief, has sold infringing products to residents of Texas. Defendant is committing tortious acts within Texas, is engaged in interstate commerce, and has caused Plaintiff substantial harm in this District.

### V.    GENERAL FACTS

10.    Plaintiff is the sole owner of all rights, title, and interest in and to U.S. Design Patent ▇▇▇▇▇▇, entitled "▇▇▇▇▇▇" (hereinafter, the "▇▇▇▇▇▇" or "Asserted Patent"). The ▇▇▇▇▇▇ was duly filed on ▇▇▇▇▇▇, and issued by the United States Patent and Trademark Office on ▇▇▇▇▇▇. The Asserted Patent remains valid, subsisting,

and enforceable, and protects an original ornamental design.

11.     Plaintiff's patented design is original and distinctive, specifically created for a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The design is recognized for its innovative form and aesthetic appeal, enhancing both the functionality and visual appearance ▮▮▮▮▮▮▮▮▮▮.

12.     Plaintiff's Products have been widely promoted throughout the United States and internationally. Consumers associate these products exclusively with Plaintiff. As of this filing, Plaintiff's Products are sold nationwide, including through reputable third-party online platforms.

13.     Plaintiff has never licensed, assigned, or otherwise authorized Defendant to use or sell products embodying the Asserted Patent.

14.     Defendant had actual or constructive knowledge of Plaintiff's ownership of the Asserted Patent and Plaintiff's exclusive rights.

15.     Plaintiff recently discovered that Defendant operates a fully interactive e-commerce store that promotes, advertises, markets, distributes, offers for sale, and sells unauthorized products that infringe Plaintiff's Asserted Patent.

16.     Defendant has targeted consumers in Texas and across the United States by operating an e-commerce store accessible to U.S. consumers, offering shipping to Texas, accepting payment in U.S. dollars, and, on information and belief, selling infringing products to Texas residents.

17.     Defendant operates a sophisticated e-commerce storefront, engages in targeted marketing, and accepts payments via major platforms, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Defendant's unauthorized use of Plaintiff's patented design

creates the false impression of association with or endorsement by Plaintiff.

18.     Online e-commerce platforms such as ███████ require minimal identity verification, enabling Defendant to conceal its identity behind seller aliases. On information and belief, Defendant exploits this anonymity to continue infringing while evading enforcement, frequently changing store names and accounts when claims are made.

19.     On information and belief, Defendant engages in common evasive tactics, including registering new marketplace accounts under different aliases and shipping infringing goods in small quantities to avoid customs detection.

20.     Plaintiff believes that Defendant actively participates in online seller forums or groups where infringers share tactics to circumvent enforcement and litigation.

21.     Defendant likely uses multiple merchant and bank accounts, transferring funds offshore to avoid seizure and legal accountability.

22.     On information and belief, Defendant knowingly and willfully manufactures, imports, distributes, offers for sale, and sells products that infringe Plaintiff's Asserted Patent in Texas and the United States without authorization.

███████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████

24.     A true and accurate screenshot of Defendant's infringing product listings, showing the product that incorporates Plaintiff's patented design, is attached hereto as Exhibit 4.

25.     Defendant's ongoing infringement is willful and deliberate, causing Plaintiff irreparable harm and justifying injunctive and monetary relief under applicable law.

26. Plaintiff's protected design reflects original artistic vision, enhancing the decorative and functional appeal of ▮▮▮▮▮▮▮▮ and distinguishing Plaintiff's brand in the market.

## COUNT 1
## PATENT INFRINGEMENT
## (35 U.S.C. § 271)

27. Plaintiff hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

28. Plaintiff is the owner of the Asserted Patent. Plaintiff's Asserted Patent is valid and enforceable.

29. Plaintiff's exclusive rights under the Asserted Patent include the right to exclude others from making, using, offering for sale, selling, and importing into the United States products embodying the patented design.

30. Defendant, in violation of 35 U.S.C. § 271, has infringed Plaintiff's Asserted Patent by making, using, offering for sale, selling, and/or importing into the United States products embodying the patented design (the "Infringing Products") without authorization or license from Plaintiff. Defendant's actions constitute direct infringement of Plaintiff's ornamental design claimed in the Asserted Patent.

31. Defendant has infringed and continues to infringe the Asserted Patent, causing Plaintiff irreparable harm. Plaintiff is entitled to injunctive relief to prevent ongoing infringement pursuant to 35 U.S.C. § 283.

32. Defendant's infringement has been willful and deliberate. Defendant's actions demonstrate an obvious and intentional disregard of Plaintiff's patent rights, constituting egregious conduct sufficient to establish willful infringement under 35 U.S.C. § 284.

33. Defendant has profited unjustly from infringing Plaintiff's Asserted Patent. Plaintiff has suffered and continues to suffer damages due to Defendant's infringement and is entitled to monetary relief, including Defendant's profits and any other compensation allowed by law, as well as reasonable attorneys' fees, pursuant to 35 U.S.C. §§ 284, 285, and 289.

## JURY DEMAND

34. Plaintiff hereby demands a trial by jury on all issues triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

1. A judgment that Defendant has infringed Plaintiff's Asserted Patent;

2. A permanent injunction enjoining Defendant and all associated persons and entities from further infringement of Plaintiff's Asserted Patent, including but not limited to making, using, selling, offering to sell, importing, displaying, or distributing the Infringing Products;

3. An order directing any third-party platforms, including [REDACTED] and [REDACTED] and similar providers, to disable and remove any listings, advertisements, or sales channels operated by Defendant in connection with the Infringing Products;

4. An order requiring Defendant to file a written compliance report under oath within ten (10) days of judgment, confirming compliance with the injunction;

5. An award of damages sufficient to compensate Plaintiff for Defendant's infringement, including actual damages, a reasonable royalty, and disgorgement of Defendant's profits attributable to the infringement, in amounts to be

    determined at trial;

6. An award of enhanced damages, up to three times the assessed amount, due to Defendant's willful infringement pursuant to 35 U.S.C. § 284;

7. A finding that this is an exceptional case under 35 U.S.C. § 285, warranting an award of Plaintiff's reasonable attorneys' fees and costs;

8. An award of pre-judgment and post-judgment interest as permitted by law;

9. Such further relief as this Court deems just and proper.


Dated: November 12, 2025

                                              /s/ Marjorie Ouyang
                                              Marjorie Ouyang
                                              Valley & Summit Law
                                              One Park Plaza, Suite 600
                                              Irvine, CA 92614
                                              Tel: (949) 342 8013
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted this 12th day of November, 2025.

*/s/ Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (949) 342 8013
*Attorney for Plaintiff*
